UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV21-08653 JAK (PVCx) | Date | July 18, 2022 |
|---|---|---|---|
| Title | Gloribel Turcios, et al. v. CPE HR, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson-Terrell | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE JOINT STATUS REPORT (DKT. 43);**

**PLAINTIFFS' MOTION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT (DKT. 16); AND**

**DEFENDANTS' MOTION TO DISMISS CASE (DKT. 19)**

The Court has reviewed the parties' July 13, 2022 Joint Status Report (Dkt. 43) and sets the following deadlines for Defendants' motion to compel arbitration.

  August 1, 2022:  Deadline to File Motion to Compel Arbitration

  August 15, 2022:  Deadline to File Any Opposition

  August 22, 2022:  Deadline to File Any Reply

The motion to compel arbitration shall address whether the non-individual claims in this action should be stayed pending the completion of arbitration proceedings, or dismissed. Thus, the opening briefs shall be limited to 10 pages, and any reply shall be limited to 5 pages. Based on a review of the briefing, a determination will be made whether to schedule the matter for a hearing or to take it under submission.

In light of the matters discussed in the July 13, 2022 Joint Status Report, Plaintiffs' Motion to Remand Case to Los Angeles Superior Court (Dkt. 16) and Defendants' Motion to Dismiss Case (Dkt. 19) are **MOOT**.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| Initials of Preparer | TJ | |